UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

In Re:

LAURA L. LUTZ

**Order Filed on July 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-17892

Adv. No.:

Hearing Date:

Judge: VFP

ORDER VOIDING JUDGMENT LIEN OF RECORD
PURSUANT TO 11 U.S.C. SECTION 522(f) and F.R.B.P. 4003(d)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2017**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

**(Page 3)**
Debtor:  Laura L. Lutz
Case No. 17-17892 VFP
Caption of Order: Order Voiding Judgment Lien of Record

_____

Upon the motion of Michael Schwartzberg, attorney for the debtor Laura L. Lutz and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. In accordance with Bankruptcy Code §522(f), the fixing of the lien of the judgment which was entered on March 22, 2013 under Docket No. MRS-L-002397-09 (Judgment No. J-058222-2013) in favor of Berkshire Hills Condo Assoc and against the debtor Laura Lutz in the amount of $8,871.38 plus costs is hereby avoided to the extent that the said lien is fixed against the interests of the debtor in real property located at 200 Sheffield Court, Denville, New Jersey.

2. The clerk of the Superior Court of New Jersey is hereby ordered to void the fixing of the liens of the said judgments to the extent that the said liens are fixed against the interests of the debtor in real property