UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

In Re:

LAURA L. LUTZ

**Order Filed on July 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-17892

Adv. No.:

Hearing Date:

Judge: VFP

ORDER VOIDING JUDGMENT LIEN OF RECORD
PURSUANT TO 11 U.S.C. SECTION 522(f) and F.R.B.P. 4003(d)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case 17-17892-VFP    Doc 17    Filed 07/15/17    Entered 07/16/17 00:38:59    Desc Imaged
Certificate of Notice    Page 2 of 3

(Page 3)
Debtor:  Laura L. Lutz
Case No. 17-17892 VFP
Caption of Order: Order Voiding Judgment Lien of Record

---

Upon the motion of Michael Schwartzberg, attorney for the debtor Laura L. Lutz and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. In accordance with Bankruptcy Code §522(f), the fixing of the lien of the judgment which was entered on March 22, 2013 under Docket No. MRS-L-002397-09 (Judgment No. J-058222-2013) in favor of Berkshire Hills Condo Assoc and against the debtor Laura Lutz in the amount of $8,871.38 plus costs is hereby avoided to the extent that the said lien is fixed against the interests of the debtor in real property located at 200 Sheffield Court, Denville, New Jersey.

2. The clerk of the Superior Court of New Jersey is hereby ordered to void the fixing of the liens of the said judgments to the extent that the said liens are fixed against the interests of the debtor in real property

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 17-17892-VFP
Laura L. Lutz                                                Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Jul 13, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db             Laura L. Lutz,    200 Sheffield Court,    Denville, NJ  07834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
              David George Frizzell    on behalf of Attorney    Berkshire Hills Condominium Association, Inc.
               dfrizzell@lawnj.com
              Denise E. Carlon    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael   Schwartzberg    on behalf of Debtor Laura L. Lutz michael@jerseylaws.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 8